# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Marek Dusza

                    Plaintiff,

v.

                    Case No.: 1:17−cv−08239

                    Honorable Manish S. Shah

Wood Structure Consulting Co., a/k/a Wood Structure, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2019:

      MINUTE entry before the Honorable Manish S. Shah: The motion for approval of settlement agreement [38] is granted and no appearance on the motion is necessary. The settlement provides a fair and reasonable resolution of a bona fide wage dispute and was the product of an arm's length, informed negotiation by experienced counsel. The relief obtained adequately takes into account the potential risks of continued litigation and does not compromise the claims of other potential collective or class members. The attorney's fees are reasonable based on the time spent by plaintiff's counsel investigating and litigating the claims and negotiating the settlement. Upon execution and filing of the stipulation of dismissal, this case will be closed. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.